UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>              Plaintiff,<br><br>     v.<br><br>WHEELER, et al.,<br><br>              Defendants. | No. 2:21-cv-01182-CKD P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 7, 2022, the court screened plaintiff's complaint and gave him the option of proceeding on the Eighth Amendment excessive force claim against defendant Wheeler, or of amending the complaint to fix the deficiencies with respect to the remaining claims and defendants. Plaintiff returned the notice of election form on January 31, 2022, indicating that he wanted time to file an amended complaint. ECF No. 16.

      Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

Dated: February 2, 2022

                                                      /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parn1182.elect.amend.docx

1