UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>    Plaintiff,<br><br>  v.<br><br>WHEELER, et al.,<br><br>    Defendants. | No. 2:21-cv-01182-CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed January 7, 2022, the court screened plaintiff's first amended complaint and gave him the option of proceeding on the Eighth Amendment excessive force claim against defendant Wheeler or of filing a second amended complaint to fix the deficiencies identified in the screening order. ECF No. 14. Plaintiff filed a notice of election indicating his desire to file an amended complaint. ECF No. 16. As a result, the plaintiff was granted 30 days in which to file a second amended complaint. ECF No. 17. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that:

1. Plaintiff's motion for a preliminary injunction (ECF No. 15) be denied as moot.

1

2. This action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 15, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parn1182.fta(2)+pi.docx

2