UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.P. PARNELL,

        Plaintiff,

    v.

WHEELER, et al.,

        Defendants.

No. 2:21-cv-1182 JAM CKD P

ORDER

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 24, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

       Liberally construing plaintiff's objections, the court also notes that plaintiff seeks

1

reconsideration of the March 21, 2022 order denying his motion for the appointment of counsel without prejudice. ECF No. 30 at 4-6. Plaintiff's objections were filed on May 5, 2022. See Houston v. Lack, 487 U.S. 266 (1988) (establishing the prison mailbox rule). Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Even with the benefit of the prison mailbox rule, plaintiff's request for reconsideration of the magistrate judge's order of March 21, 2022 is untimely and is denied on that basis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2022, are adopted in full.

2. Defendants Doe and Toure are dismissed from this action without further leave to amend.

3. Plaintiff's motion for a preliminary injunction (ECF No. 15) is denied.

4. Plaintiff's request for reconsideration is denied.

Dated: July 13, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE