UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>              Plaintiff,<br><br>       v.<br><br>WHEELER, et al.,<br><br>              Defendants. | No.  2:21-cv-01182-DAD-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 27, 2022, this matter was referred to the post-screening ADR pilot project and was stayed.  ECF No. 32.  The settlement conference was conducted on November 10, 2022 and the case did not settle.  ECF No. 46.  As a result, the stay of this action is lifted.  Defendant shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendant shall file a responsive pleading within thirty days from the date of this order.

/////

/////

/////

1

Dated: December 28, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parn1182.nosettle.docx