UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>WHEELER, et al.,<br><br>        Defendants. | No. 2:21-cv-01182-DAD-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's request for three blank subpoena forms. ECF No. 56. In his request, plaintiff does not identify the information or the parties he seeks to subpoena. Federal Rule of Civil Procedure 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Therefore, the Clerk of the Court will be directed to send plaintiff three blank subpoena forms for him to fill out completely and return to the Court to be issued by the Clerk. The subpoena should identify with particularity the materials it commands to be produced with reasonable particularity and designate a reasonable time, place and manner for their production. See Fed. R. Civ. P. 34(b). Plaintiff must submit the completed subpoenas to the court within 30 days from the date of this order. Upon receipt of the completed subpoena form, the court will direct its service by the U.S. Marshal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for three blank subpoena forms (ECF No. 56) is granted.
2. The Clerk of Court is directed to send plaintiff three blank subpoena forms along with a copy of this order.

Dated:  April 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parn1182.blank.subpoenas.doc