IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **J.P. PARNELL,** | 2:21-cv-01182 DAD-CKD |
| Plaintiff, | |
| v. | **ORDER MODIFYING THE DISCOVERY AND SCHEDULING ORDER** |
| **WHEELER,** | |
| Defendant. | |

Defendant A. Wheeler filed an Ex Parte Application for an Extension of Time to Complete Discovery, extending the current deadline by 60 days.  Having read and considered the Application and its attachments, good cause exists to grant it.  The deadline for the parties to complete discovery is hereby extended to August 1, 2023.  The dispositive motions deadline is also extended to October 24, 2023.

Dated:  June 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2022302027
83988072.docx

1