UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>            Plaintiff,<br><br>     v.<br><br>WHEELER, et al.,<br><br>            Defendants. | No.  2:21-cv-01182-DAD-CKD<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court are plaintiff's requests for subpoenas for witnesses and documents that are necessary to present plaintiff's case at trial.  ECF Nos. 66-67.

A review of the docket indicates that a trial date has not been scheduled because the dispositive motions deadline was extended to October 24, 2023.  The court will set a trial date as necessary following adjudication of any dispositive motion.  Therefore, plaintiff's requests are denied without prejudice as premature.

As indicated in the court's Discovery and Scheduling Order entered on February 2, 2023, plaintiff may file a motion for the attendance of incarcerated witnesses at the time he files his pretrial statement.  See ECF No. 52 at 2-3.  Plaintiff is directed to follow the procedure outlined in the same order to obtain the attendance of unincarcerated witnesses at trial.  See ECF No. 52 at

1

3-4.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoenas (ECF No. 66) and motion for a subpoena ad testificandum (ECF No. 67) are denied without prejudice as premature.

Dated: October 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/parn1182.subpoenas