UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>            Plaintiff,<br><br>       v.<br><br>WHEELER, et al.,<br><br>            Defendants. | No.  2:21-cv-01182-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 69, 71) |

Plaintiff J.P. Parnell filed the complaint initiating this civil rights action under 42 U.S.C. § 1983 on July 6, 2021.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2024, defendant filed a suggestion of plaintiff's death pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.  (Doc. No. 70.)

On May 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed pursuant to the notice of plaintiff's death because no motion for substitution of a proper party has been filed and the time in which to file such a motion has passed.  (Doc. No. 71.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  No objections have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 7, 2024 (Doc. No. 71) are adopted in full;
2. This action is dismissed pursuant to the notice of plaintiff's death;
3. Defendant Wheeler's motion for summary judgment (Doc. No. 69) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2